TOLEDO BAR ASSOCIATION *v.* FREI.

[Cite as *Toledo Bar Assn. v. Frei* (1995), 73 Ohio St.3d 738.]

(No. 94–2251—Submitted July 26, 1995—Decided October 11, 1995.)

---

*James E. Goranson,* for relator.

*Charles W. Kettlewell,* for respondent.

---

*Per Curiam.*  Upon review of the record, we agree with the board's finding of misconduct and recommended sanction.  Susan E. Frei is hereby publicly reprimanded for having violated DR 6–101(A)(3).  Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.